UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
BRYAN VELAZQUEZ, *on behalf of himself and all*
*others similarly situated,*                          :
:
                              Plaintiff,              :          23-CV-107 (JMF)
:
              -v-                                     :          <u>ORDER</u>
:
DOG IS GOOD, LLC,                                     :
:
                              Defendant.              :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 23, 2023, the Court issued an Order noting that the Defendant appeared to be

in default and inviting the Plaintiff to file a motion for default judgment.  ECF No. 10.  The

Defendant filed an Answer the next day.  ECF No. 12.  Given the preference for resolving cases

on the merits, Defendant's answer deadline is extended, *nunc pro tunc*, to March 24, 2023, and

thus its Answer is deemed to be timely.  The Court notes that, per ECF No. 6, this case is

referred to Magistrate Judge Jennifer E. Willis for General Pretrial Purposes.


        SO ORDERED.

Dated:  March 27, 2023
        New York, New York                    _____
                                              JESSE M. FURMAN
                                              United States District Judge