

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 27, 2023

**Via CM/ECF**
The Honorable Jennifer E. Willis
United States District Court
Southern District of New York

Re: **Velazquez v. Dog Is Good, LLC**
**Case #: 1:23-cv-00107-JMF-JW**

Dear Judge Willis:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for 10:30 AM on May 11, 2023, be adjourned because it creates a scheduling conflict for me.

    Counsel for Defendant has graciously consented to this adjournment. This is the first such request in this matter.

    We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

---

SO ORDERED. The conference is adjourned to May 17, 2023 at 10:30 AM.

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

April 28, 2023